# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKSHIRE BANK, <br>     Plaintiffs <br> <br> v. <br> <br> TOWN OF LUDLOW, ET AL., <br>     Defendants | CIVIL ACTION NO. 3:10-cv-30198-MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant United States of America, against the plaintiff Berkshire Bank, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

        **SARAH A. THORNTON**,
        CLERK OF COURT

Dated: March 29, 2012      By /s/ *Maurice G. Lindsay*
                                                 Maurice G. Lindsay
                                                 Deputy Clerk

(Civil Judgment (Routine) 4.wpd - 11/98)
    [jgm.]