IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| BERKSHIRE BANK, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TOWN OF LUDLOW, )<br>SIOK & SON EXCAVATION, )<br>UNITED STATES OF AMERICA, )<br>and W A L DEVELOPMENT, LLC, )<br>)<br>Defendants. ) | Case No. 3:10-cv-30198<br>Judge Ponsor<br>Magistrate Judge Neiman |

ORDER

The defendant United States of America's Motion for Disbursement of Funds is GRANTED.

Accordingly, the Clerk shall disburse the sum of $92,703.94 that is currently held in the Court's registry (plus any interest that may have accrued), by a check made payable to the "United States Department of Justice," and sent to the following:

William E. Thompson,
Department of Justice, Tax Division, Office of Review
P.O. Box 310
Ben Franklin Station
Washington, D.C. 20044

IT IS SO ORDERED.

Dated: 3·28·13

/s/ Michael B. Ponsor
MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE